IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, LTD. STOCKHOLDER LITIGATION | § § § | No. 308, 2016 |
| ROBERTA FEINSTEIN and REX GONSALVES, | § § § § | Court Below: Court of Chancery of the State of Delaware |
| Plaintiffs Below Appellants, | § § § | C.A. No. 10721-CB |
| v. | § § § | |
| JOHN F. CHAPPELL, THOMAS W. D'ALONZO, WILLIAM P. KEANE, MARK A. SIRGO, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, and SUN MERGER SUB, INC., | § § § § § § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: January 25, 2017
Decided:  January 26, 2017

Before **STRINE**, Chief Justice; **HOLLAND** and **SEITZ**, Justices.

## **O R D E R**

This 26th day of January 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed for the reasons stated in its May 19, 2016 bench ruling.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice